# United States District Court

WESTERN DISTRICT OF WASHINGTON

William L. Pearcy

         v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5573RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. The administrative decision is AFFIRMED.

| May 7, 2009 | BRUCE RIFKIN |
|---|---|
| | Clerk |
| | _____Jennie L. Patton_____ |
| | Deputy Clerk |